Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI180000558
Transaction ID: 0006330546
Filing Date: 01/23/2018 11:47:54 AM CST

## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

INSURED FINANCIAL SERVICES, a )
Nebraska Limited Liability company, )
Assignee, )
                )
         Plaintiff, )   CASE NO: CI 17-_____
                )
vs. )
                )
STATE FARM INSURANCE )
COMPANY, )
                )
         Defendant. )

## COMPLAINT AND DEMAND FOR JURY TRIAL

For its cause of action against the Defendant, STATE FARM Insurance Company, ("STATE FARM") the Plaintiff, Insured Financial Services, LLC ("IFS"), states and alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1.     This is an action for Breach of Contract.

2.     This Court has subject matter and personal jurisdiction over the parties to this cause of action. IFS brings this complaint solely under state law and not under any federal statute, law, rule or regulation, and specifically not under the United States Constitution, nor any of its Amendments.

3.     A cause of action exists under Nebraska state law for claims regarding the conduct complained of herein.

4.     Jurisdiction is proper as to STATE FARM pursuant to Neb. Rev. Stat. § 25-536 because STATE FARM conducts business within the State of Nebraska.

5.     At all relevant times hereto, IFS was and is a Nebraska limited liability company with its principal place of business located at Douglas County, Omaha, Nebraska 68154.

**EXHIBIT**

**A**

6. Venue is proper pursuant to Neb. Rev. Stat. § 25-503.01 because it is the venue in which the cause of action accrued.

## FACTS COMMON TO ALL COUNTS

7. STATE FARM issued an insurance policy ("the Policy") to the insured/assignor ("the Insured").

8. IFS requested a certified copy of the Policy; however, STATE FARM has failed and/or refused to provide the certified Policy to IFS.

9. This action involves the following STATE FARM claim numbers:

   a. STATE FARM Claim Numbers:  276V98593, 277G49790, 27873S543, 27875B252, 27876B457, 278N94414, 278T36892, 27939R321

10. The Insured duly executed an Assignment of Insurance Claim in favor of DISASTER RESPONSE GROUP, LLC ("Assignment"). A true and accurate copy of the Assignment is attached hereto as **Exhibit "1",** and incorporated herein by reference though fully set forth herein.

11. The Disaster Response Group, LLC duly executed an Assignment of Insurance Claim in favor of IFS ("Assignment"). A true and accurate copy of the Assignment is attached hereto as **Exhibit "2",** and incorporated herein by reference though fully set forth herein.

12. As set forth in **Exhibit "3,"** STATE FARM was informed of the Assignment.

13. Under Nebraska law, the IFS assignment is valid.

14. Under its Policy, STATE FARM agreed to pay for direct physical loss to the insured premises resulting from any peril not otherwise excluded within the Policy.

15. The Insured premises sustained direct physical loss due to hailstorm (the "Loss").

16.   The Policy was in full force and effect at the time of the Loss.

17.   The Insured and/or assignees, promptly and properly made claims to STATE FARM for insurance benefits under the Policy and fulfilled all other post-loss duties required under the Policy.

18.   As assignee, IFS has satisfied all those matters and things properly required of it under the Policy, including substantial compliance with all conditions precedent thereunder, or alternatively, has been excused from performance of the same by virtue of the acts, representations, and/or conduct of STATE FARM.

19.   STATE FARM's failure to fully indemnify IFS for the Loss is a breach of contract and a cause of damage to IFS.

## COUNT I: BREACH OF CONTRACT

20.   IFS reincorporates and restates allegations set forth in paragraphs 1-19 hereinabove by this reference.

21.   Pursuant to the Policy, STATE FARM has a contractual obligation to pay the full amount of the Loss, including the costs to repair, restore, and/or replace the damage, less applicable deductibles.

22.   STATE FARM breached the Policy by failing to pay IFS all benefits due and owing under the Policy.

WHEREFORE, Plaintiff, Insured Financial Services, LLC, respectfully requests that the Court enter judgment in favor of Plaintiff, Insured Financial Services, LLC in an amount to be determined at trial, which is likely to increase with discovery and further investigation, against Defendant, STATE FARM Insurance Company, and all general and compensatory damages owed under the Policy, pre-judgment interest and post-judgment interest, fees, costs and reasonable

attorneys' fees pursuant to Neb. Rev. Stat. § 44-359, and such other relief as the Court deems appropriate under the circumstances.

## **DEMAND FOR A JURY TRIAL**

Plaintiff demands trial by jury on all issues so triable.

Insured Financial Services, LLC Plaintiff

By: s/Carrie K. Gaines
 Carrie K. Gaines #26200
 Telephone: (402) 682-8755
 Facsimile:  (888) 306-1003
 cgaines@secureclaimpayments.com
 *Attorney for Plaintiff, Insured Financial Services, LLC.*



## ASSIGNMENT OF INSURANCE CLAIM

The undersigned, hereinafter referred to as the "Client(s)", and Disaster Response Group LLC d/b/a Disaster Response Group Insurance Network, hereinafter referred to as "DRG", for and in consideration of the performance of the work pursuant to the contract executed by Client(s) and DRG, as well as any change orders executed thereafter, and for other good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby transfer, assign and set over unto DRG, all of the right, title and interest of the undersigned Client(s) in and to those certain insurance claim(s) made by Penny Steelman and Mary Gerant  (Client(s) Name) designed under Claim Number 276V98593 covering loss sustained at the property known as 103 N. 54th St Omaha , NE 68132-2810 (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number 276V98593; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number 276V98593 asserted thereunder and proceeds thereof. Client(s) understands that his/her/their/its insurance company may try to pay the insurance proceeds to the Client(s) and/or Client's mortgage lender, if any. Client(s) agrees to cooperate with DRG to have those insurance proceeds released to or made payable to DRG.
IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 10 day of August, 2015.

ASSIGNOR(S): (Client Name)                                Disaster Response Group, LLC

_____                          _T. Davis, Project Director_

Signature                                                Signature

Penny Steelman and Mary Gerant                           _T. Davis, Project Director_
Printed Name                                             Printed Name

Dated: 8/10/2015                                         Dated: 8/10/2015

_____

Signature

Penny Steelman and Mary Gerant
Printed Name

Exhibit 1

10547 Bondesson Circle ● Omaha, NE 68122 ● 844-736-3374 Toll Free



## ASSIGNMENT OF INSURANCE CLAIM

The undersigned, hereinafter referred to as the "Client(s)", and Disaster Response Group LLC d/b/a Disaster Response Group Insurance Network, hereinafter referred to as "DRG", for and in consideration of the performance of the work pursuant to the contract executed by Client(s) and DRG, as well as any change orders executed thereafter, and for other good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby transfer, assign and set over unto DRG, all of the right, title and interest of the undersigned Client(s) in and to those certain insurance claim(s) made by Darrin and Jennifer Bradley (Client(s) Name) designed under Claim Number 277G49790 covering loss sustained at the property known as 16392 Grebe ST Bennington, NE 68007 (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number 277G49790; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number 277G49790 asserted thereunder and proceeds thereof. Client(s) understands that his/her/their/its insurance company may try to pay the insurance proceeds to the Client(s) and/or Client's mortgage lender, if any. Client(s) agrees to cooperate with DRG to have those insurance proceeds released to or made payable to DRG.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 2 day of October, 2015.

ASSIGNOR(S): (Client Name)

Disaster Response Group, LLC

_____
Signature

_____
Signature

**Darrin and Jennifer Bradley**
Printed Name

**STeve Shannon**
Printed Name

Dated: 10/2/2015

Dated: 10/2/2015

_____
Signature

**Darrin and Jennifer Bradley**
Printed Name

10547 Bondesson Circle ● Omaha, NE 68122 ● 844-736-3374 Toll Free



## ASSIGNMENT OF INSURANCE CLAIM

The undersigned, hereinafter referred to as the "Client(s)", and Disaster Response Group LLC d/b/a Disaster Response Group Insurance Network, hereinafter referred to as "DRG", for and in consideration of the performance of the work pursuant to the contract executed by Client(s) and DRG, as well as any change orders executed thereafter, and for other good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby transfer, assign and set over unto DRG, all of the right, title and interest of the undersigned Client(s) in and to those certain insurance claim(s) made by ___JOE & JULIE DIMINICO___ (Client(s) Name) designed under Claim Number ___27-8735-543___ covering loss sustained at the property known as ___21407 APALOOSA DR ELKHORN NE 68022-1015___ (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number ___27-8735-543___; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number ___27-8735-543___ asserted thereunder and proceeds thereof. Client(s) understands that his/her/their/its insurance company may try to pay the insurance proceeds to the Client(s) and/or Client's mortgage lender, if any. Client(s) agrees to cooperate with DRG to have those insurance proceeds released to or made payable to DRG.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this ___13th___ day of ___JUNE___, 2016.

ASSIGNOR(S): (Client Name)

_____
Signature

___Joseph DiMinico, Jr___
Printed Name

ASSIGNOR(S): (Client Name)

_____
Signature

___Julie DiMinico___
Printed Name

Dated: ___6-13-2016___

Disaster Response Group, LLC

_____
Signature

___Steve Shannon___
Printed Name

Dated: ___6/13/16___

663 North 132nd St., Suite 164 ● Omaha, NE 68154 ● 844-736-3374
Toll Free Email: customerservice@disasterresponsegroup.com



ASSIGNMENT OF INSURANCE CLAIM

The undersigned, hereinafter referred to as the "Client(s)", and Disaster Response Group LLC d/b/a Disaster Response Group Insurance Network, hereinafter referred to as "DRG", for and in consideration of the performance of the work pursuant to the contract executed by Client(s) and DRG, as well as any change orders executed thereafter, and for other good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby transfer, assign and set over unto DRG, all of the right, title and interest of the undersigned Client(s) in and to those certain insurance claim(s) made by _Nick & kelsi Bratt_ (Client(s) Name) designed under Claim Number _27875B252_ covering loss sustained at the property known as _4602 N 170th St, Omaha, NE 68116_ (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number _____ _27875B252_; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number _27875B252_ asserted thereunder and proceeds thereof. Client(s) understands that his/her/their/its insurance company may try to pay the insurance proceeds to the Client(s) and/or Client's mortgage lender, if any. Client(s) agrees to cooperate with DRG to have those insurance proceeds released to or made payable to DRG.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this _14_ day of _May_, 201_6_.

ASSIGNOR(S): (Client Name)

_Kelsi Bratt_
Signature

_Kelsi Bratt_
Printed Name

ASSIGNOR(S): (Client Name)

_(signature)_
Signature

_Nicholas H. Bratt_
Printed Name

Dated: _5-14-16_

Disaster Response Group, LLC

_Steve Shannon_
Signature

_Steve Shannon_
Printed Name

Dated: _5/14/16_

663North 132nd St., Suite 164 ● Omaha, NE 68154 ● 844-736-3374
Toll Free Email: customerservice@disasterresponsegroup.com



ASSIGNMENT OF INSURANCE CLAIM

The undersigned, hereinafter referred to as the "Client(s)", and Disaster Response Group LLC d/b/a Disaster Response Group Insurance Network, hereinafter referred to as "DRG", for and in consideration of the performance of the work pursuant to the contract executed by Client(s) and DRG, as well as any change orders executed thereafter, and for other good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby transfer, assign and set over unto DRG, all of the right, title and interest of the undersigned Client(s) in and to those certain insurance claim(s) made by _Lee Terry Sr._ (Client(s) Name) designed under Claim Number _27876B457_ covering loss sustained at the property known as _9706 Hartman Avenue, Omaha, NE 68134_ (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number _27876B457_; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number _27876B457_ asserted thereunder and proceeds thereof. Client(s) understands that his/her/their/its insurance company may try to pay the insurance proceeds to the Client(s) and/or Client's mortgage lender, if any. Client(s) agrees to cooperate with DRG to have those insurance proceeds released to or made payable to DRG.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this _14_ day of _May_, 2016.

ASSIGNOR(S): (Client Name)

_____
Signature

_LEE TERRY SR._
Printed Name

Disaster Response Group, LLC

_____
Signature

STEVE SHANNON
Printed Name

ASSIGNOR(S): (Client Name)

_____
Signature

_____
Printed Name

Dated: _05/14/16_

Dated: _05/14/16_

663North 132nd St., Suite 164 ● Omaha, NE 68154 ● 844-736-3374
Toll Free Email:  customerservice@disasterresponsegroup.com



## ASSIGNMENT OF INSURANCE CLAIM

The undersigned, hereinafter referred to as the "Client(s)", and Disaster Response Group LLC d/b/a Disaster Response Group Insurance Network, hereinafter referred to as "DRG", for and in consideration of the performance of the work pursuant to the contract executed by Client(s) and DRG, as well as any change orders executed thereafter, and for other good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby transfer, assign and set over unto DRG, all of the right, title and interest of the undersigned Client(s) in and to those certain insurance claim(s) made by ___Sarah Goodwin___ (Client(s) Name) designed under Claim Number ___278T 36 892___ covering loss sustained at the property known as ___11412 Rambledge Rd.___ (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number ___278T 36 892___; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number ___278T 36 892___ asserted thereunder and proceeds thereof. Client(s) understands that his/her/their/its insurance company may try to pay the insurance proceeds to the Client(s) and/or Client's mortgage lender, if any. Client(s) agrees to cooperate with DRG to have those insurance proceeds released to or made payable to DRG.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this ___7th___ day of ___July___, 2016.

ASSIGNOR(S): (Client Name)                     Disaster Response Group, LLC

_____                _____
Signature                                       Signature

___Sarah Goodwin___                            ___Steve Shannon___
Printed Name                                     Printed Name

ASSIGNOR(S): (Client Name)

_____                Dated: ___7/7/16___
Signature

_____
Printed Name

Dated: ___7/7/16___



ASSIGNMENT OF INSURANCE CLAIM

The undersigned, hereinafter referred to as the "Client(s)", and Disaster Response Group LLC d/b/a Disaster Response Group Insurance Network, hereinafter referred to as "DRG", for and in consideration of the performance of the work pursuant to the contract executed by Client(s) and DRG, as well as any change orders executed thereafter, and for other good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby transfer, assign and set over unto DRG, all of the right, title and interest of the undersigned Client(s) in and to those certain insurance claim(s) made by _James y Shannon Dombrowski_ (Client(s) Name) designed under Claim Number _27939 R 321_ covering loss sustained at the property known as _3221 Nth 162nd Avenue Circle Omaha NE 68116_ (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number _27939R321_; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number _27939 R 321_ asserted thereunder and proceeds thereof. Client(s) understands that his/her/their/its insurance company may try to pay the insurance proceeds to the Client(s) and/or Client's mortgage lender, if any. Client(s) agrees to cooperate with DRG to have those insurance proceeds released to or made payable to DRG.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this _8_ day of _August_, 201_6_.

ASSIGNOR(S): (Client Name)

_Shannon Dombrowski_
Signature

_Shannon Dombrowski_
Printed Name

ASSIGNOR(S): (Client Name)

_____
Signature

_James Dombrowski_
Printed Name

Dated: _8/8/16_

Disaster Response Group, LLC

_Steve Shannen_
Signature

_Steve Shannen_
Printed Name

Dated: _8/8/16_

663North 132nd St., Suite 164 ● Omaha, NE 68154 ● 844-736-3374
Toll Free Email: customerservice@disasterresponsegroup.com

ASSIGNMENT OF INSURANCE CLAIM



**INSURED FINANCIAL SERVICES**

The undersigned, hereinafter referred to as the "Client(s)", and Insured Financial Services LLC, hereinafter referred to as "IFS", for good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby irrevocably transfer, assign and set over unto IFS, all of the right, title and interest previously assigned to Client(s) in and to those certain insurance claim(s) made by Penny Steelman and Mary Gerant (Insured(s) Name) designed under Claim Number 276V98593 covering loss sustained at the property known as 103 N. 54th Street, Omaha, NE 68132-2810 (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number 276V98593 ; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number 276V98593 asserted thereunder and proceeds thereof.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 27 day of November , 201 7 .

ASSIGNOR(S): (Client Name)

*Steve Shannon*
Signature

**Steve Shannon**
Printed Name

ASSIGNOR(S): (Client Name)

Signature

Printed Name

Dated: 11/27/17

Insured Financial Services LLC

*Steve Shannon*
Signature

**Steve Shannon**
Printed Name

Dated: 11/27/17

Exhibit 2

663 North 132nd St., Suite 158 ● Omaha, NE 68154 ● 402-682-8755

ASSIGNMENT OF INSURANCE CLAIM



The undersigned, hereinafter referred to as the "Client(s)", and Insured Financial Services LLC, hereinafter referred to as "IFS", for good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby irrevocably transfer, assign and set over unto IFS, all of the right, title and interest previously assigned to Client(s) in and to those certain insurance claim(s) made by **Darrin and Jennifer Bradley** _____ (Insured(s) Name) designed under Claim Number **277G49790** _____ covering loss sustained at the property known as **16392 Grebe Street, Bennington, NE 68007** _____ (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number _____ **277G49790** _____ ; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number **277G49790** _____ asserted thereunder and proceeds thereof.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this **28** _____ day of **November** _____, 201 **7** .

ASSIGNOR(S): (Client Name)

*Steve Shannon*
_____
Signature

**Steve Shannon**
_____
Printed Name

ASSIGNOR(S): (Client Name)

_____
Signature

_____
Printed Name

Dated: **11/28/2017** _____

Insured Financial Services LLC

*Steve Shannon*
_____
Signature

**Steve Shannon**
_____
Printed Name

Dated: **11/28/2017** _____

663 North 132nd St., Suite 158 ● Omaha, NE 68154 ● 402-682-8755

ASSIGNMENT OF INSURANCE CLAIM



**INSURED FINANCIAL SERVICES**

The undersigned, hereinafter referred to as the "Client(s)", and Insured Financial Services LLC, hereinafter referred to as "IFS", for good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby irrevocably transfer, assign and set over unto IFS, all of the right, title and interest previously assigned to Client(s) in and to those certain insurance claim(s) made by Joe and Julie Diminico (Insured(s) Name) designed under Claim Number 27873S543 covering loss sustained at the property known as 21407 Appaloosa Drive, Elkhorn, NE 68022-1015 (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number 27873S543 ; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number 27873S543 asserted thereunder and proceeds thereof.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 8 day of December , 201 7 .

ASSIGNOR(S): (Client Name)

*Steve Shannon*
Signature

Steve Shannon
Printed Name

ASSIGNOR(S): (Client Name)

Signature

Printed Name

Dated: 12/08/2017

Insured Financial Services LLC

*Steve Shannon*
Signature

Steve Shannon
Printed Name

Dated: 12/08/2017

663 North 132nd St., Suite 158 ● Omaha, NE 68154 ● 402-682-8755

ASSIGNMENT OF INSURANCE CLAIM



**INSURED FINANCIAL SERVICES**

The undersigned, hereinafter referred to as the "Client(s)", and Insured Financial Services LLC, hereinafter referred to as "IFS", for good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby irrevocably transfer, assign and set over unto IFS, all of the right, title and interest previously assigned to Client(s) in and to those certain insurance claim(s) made by Nick & Kelsi Bratt _____ (Insured(s) Name) designed under Claim Number 27875B252 _____ covering loss sustained at the property known as 4602 N 170th St., Omaha, NE 68116 _____ (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number _____ 27875B252 ____; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number 27875B252 ____ asserted thereunder and proceeds thereof.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 10 day of November , 201 7 .

ASSIGNOR(S): (Client Name)

Insured Financial Services LLC

_Signature_

_Signature_

Steve Shannon
Printed Name

Steve Shannon
Printed Name

ASSIGNOR(S): (Client Name)

_Signature_

Dated: November 10, 2017

_Printed Name_

Dated: November 10, 2017

ASSIGNMENT OF INSURANCE CLAIM



The undersigned, hereinafter referred to as the "Client(s)", and Insured Financial Services LLC, hereinafter referred to as "IFS", for good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby irrevocably transfer, assign and set over unto IFS, all of the right, title and interest previously assigned to Client(s) in and to those certain insurance claim(s) made by Lee Terry SR. (Insured(s) Name) designed under Claim Number 27876B457 covering loss sustained at the property known as 9706 Hartman Avenue, Omaha, NE 68134 (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number 27876B457; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number 27876B457 asserted thereunder and proceeds thereof.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 27 day of November, 201 7.

ASSIGNOR(S): (Client Name)

*Steve Shannon*
Signature

**Steve Shannon**
Printed Name

ASSIGNOR(S): (Client Name)

Signature

Printed Name

Dated: 11/27/17

Insured Financial Services LLC

*Steve Shannon*
Signature

**Steve Shannon**
Printed Name

Dated: 11/27/17

ASSIGNMENT OF INSURANCE CLAIM



The undersigned, hereinafter referred to as the "Client(s)", and Insured Financial Services LLC, hereinafter referred to as "IFS", for good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby irrevocably transfer, assign and set over unto IFS, all of the right, title and interest previously assigned to Client(s) in and to those certain insurance claim(s) made by Mike & Chris Nelson (Insured(s) Name) designed under Claim Number 278N94414 covering loss sustained at the property known as 18959 Spaulding Circle, Elkhorn, NE 68022 (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number 278N94414 ; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number 278N94414 asserted thereunder and proceeds thereof.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 3 day of November, 2017.

ASSIGNOR(S): (Client Name)

Steve Shannon
_____
Signature

Steve Shannon
_____
Printed Name

ASSIGNOR(S): (Client Name)

_____
Signature

_____
Printed Name

Dated: 11 / 03 / 17

Insured Financial Services LLC

Steve Shannon
_____
Signature

Steve Shannon
_____
Printed Name

Dated: 11 / 03 / 17

ASSIGNMENT OF INSURANCE CLAIM



The undersigned, hereinafter referred to as the "Client(s)", and Insured Financial Services LLC, hereinafter referred to as "IFS", for good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby irrevocably transfer, assign and set over unto IFS, all of the right, title and interest previously assigned to Client(s) in and to those certain insurance claim(s) made by

**Sarah Goodwin** _____ (Insured(s) Name) designed under

Claim Number **278T36892** _____ covering loss sustained at the property known as

**11412 Rambleridge Road, Omaha, NE 68164-1444** _____ (address) during Client(s)'

ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number ____

**278T36892** ____; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other

claims arising out of Claim Number **278T36892** _____ asserted thereunder and proceeds thereof.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this **06** _____ day of **December** ____, 201 **7** .

ASSIGNOR(S): (Client Name)                    Insured Financial Services LLC

*Steve Shannon* _____                       *Steve Shannon* _____
Signature                                      Signature

**Steve Shannon** _____                     **Steve Shannon** _____
Printed Name                                   Printed Name

ASSIGNOR(S): (Client Name)

_____                                        Dated: **12/06/2017** _____
Signature

_____
Printed Name

Dated: **12/06/2017** _____

ASSIGNMENT OF INSURANCE CLAIM



**INSURED FINANCIAL SERVICES**

The undersigned, hereinafter referred to as the "Client(s)", and Insured Financial Services LLC, hereinafter referred to as "IFS", for good and valuable consideration, the receipt and sufficiency whereof is hereby mutually acknowledged, and intending to be legally bound, hereby irrevocably transfer, assign and set over unto IFS, all of the right, title and interest previously assigned to Client(s) in and to those certain insurance claim(s) made by James & Shannon Dombrowski _____ (Insured(s) Name) designed under Claim Number 27939R321 _____ covering loss sustained at the property known as 3221 North 162nd Avenue Circle, Omaha, NE 68116 _____ (address) during Client(s)' ownership thereof, including but not limited to any and all insurance proceeds owed under Claim Number _____ 27939R321 _____; Client(s)' claim for breach of the covenant of good faith and fair dealing; and any other claims arising out of Claim Number 27939R321 _____ asserted thereunder and proceeds thereof.

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 28 _____ day of November , 201 7 .

ASSIGNOR(S): (Client Name)

*Steve Shannon*
_____
Signature

**Steve Shannon**
_____
Printed Name

ASSIGNOR(S): (Client Name)

_____
Signature

_____
Printed Name

Dated: 11/28/2017 _____

Insured Financial Services LLC

*Steve Shannon*
_____
Signature

**Steve Shannon**
_____
Printed Name

Dated: 11/28/2017 _____

663 North 132nd St., Suite 158 ● Omaha, NE 68154 ● 402-682-8755

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

| | |
|---|---|
| Insured: | Steelman - Gerant |
| Property: | 103 N. 54th St |
| | Omaha, NE 68132-2810 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Daniel_Reese | Business: | (866) 787-8676 |
| Company: | State Farm Insurance | Fax: | (844) 236-3646 |
| Business: | PO Box 106169 | | |
| | Atlanta, GA 30348 | | |

| | | | |
|---|---|---|---|
| Estimator: | Insured Financial Services | Business: | (402) 682-8755 |
| Business: | 663 North 132nd St., Suite 158 | | |
| | Omaha, NE 68154 | | |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (844) 736-3374 |
| Company: | Disaster Response Group | E-mail: | network@senddrg.com |
| Business: | 10547 Bondesson Circle | | |
| | Omaha, NE 68122 | | |

**Claim Number:** 276V98593          **Policy Number:** 27-BM-8170-7          **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 8/10/2015 | | |
| Date of Loss: | 7/31/2015 | Date Received: | 8/10/2015 |
| Date Inspected: | 8/21/2015 | Date Entered: | 8/13/2015 |

| | |
|---|---|
| Price List: | NEOM8X_AUG15 |
| | Restoration/Service/Remodel |
| Estimate: | 276V98593_STEELM_IFS |

Exhibit 3



## Insured Financial Services LLC

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

Attention State Farm Claims Department,

This letter will serve to advise you that claim number 276V98593 has been assigned to Insured Financial Services LLC ("IFS") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

We hereby direct the name Insured Financial Services LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss.  We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so.  Please direct all communications, along with all checks with respect to this claim, to Insured Financial Services LLC at the address below.

Insured Financial Services LLC
663 North 132nd Street, Suite 158
Omaha, NE 68154
(844)736-3374

We look forward to your reply and to working with you on this matter.

Sincerely,


Insured Financial Services LLC

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

| | | | |
|---|---|---|---|
| Insured: | Darrin & Jennifer Bradley | Cellular: | (402) 321-0247 |
| Property: | 16392 Grebe St | E-mail: | jdbradley@cox.net |
| | Bennington, NE 68007 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Joel Schoonveld | Business: | (402) 597-5525 |
| Company: | State Farm Insurance | | |
| Business: | PO Box 106169 | | |
| | Atlanta, GA 30348 | | |

| | | | |
|---|---|---|---|
| Estimator: | Insured Financial Services | Business: | (402) 682-8755 |
| Business: | 663 North 132nd St., Suite 158 | | |
| | Omaha, NE 68154 | | |

| | | | |
|---|---|---|---|
| Reference: | | Business: | (866) 787-8676 |
| Company: | State Farm Insurance | | |
| Business: | P,O. Box 106169 | | |
| | Atlanta, GA 30348-6169 | | |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (844) 736-3374 |
| Company: | Disaster Response Group | E-mail: | network@senddrg.com |
| Business: | 10547 Bondesson Circle | | |
| | Omaha, NE 68122 | | |

**Claim Number:** 277G49790          **Policy Number:** 27CW48060          **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 10/2/2015 | | |
| Date of Loss: | 9/22/2015 | Date Received: | 10/2/2015 |
| Date Inspected: | 10/9/2015 | Date Entered: | 10/12/2015 |

| | |
|---|---|
| Price List: | NEOM8X_OCT15 |
| | Restoration/Service/Remodel |
| Estimate: | 277G49790-BRADLEY-IF |

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

Attention State Farm Claims Department,

This letter will serve to advise you that claim number 277G49790 has been assigned to Insured Financial Services LLC ("IFS") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

277G49790-BRADLEY-IF                                                11/28/2017          Page: 2

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

We hereby direct the name Insured Financial Services LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss.  We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so.  Please direct all communications, along with all checks with respect to this claim, to Insured Financial Services LLC at the address below.

Insured Financial Services LLC
663 North 132nd Street, Suite 158
Omaha, NE 68154
(844)736-3374

We look forward to your reply and to working with you on this matter.

Sincerely,


Insured Financial Services LLC

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

| | | | |
|---|---|---|---|
| Insured: | Joe & Julie Diminico | | |
| Property: | 21407 Appaloosa Dr | | |
| | Elkhorn, NE 68022 | | |
| | | | |
| Claim Rep.: | Brandon Bubeck | Business: | (844) 529-5982 x 66 |
| Company: | State Farm Insurance | | |
| | | | |
| Estimator: | Insured Financial Services | Business: | (402) 682-8755 |
| Business: | 663 North 132nd St., Suite 158 | | |
| | Omaha, NE 68154 | | |
| | | | |
| Contractor: | | Business: | (844) 736-3374 |
| Company: | Disaster Response Group | E-mail: | network@senddrg.com |
| Business: | 10547 Bondesson Circle | | |
| | Omaha, NE 68122 | | |

**Claim Number:** 27-S-873S-543     **Policy Number:** 27BGQ0967     **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 6/13/2016 | | |
| Date of Loss: | 5/11/2016 | Date Received: | 6/13/2016 |
| Date Inspected: | 6/23/2016 | Date Entered: | 6/15/2016 |

| | |
|---|---|
| Price List: | NEOM28_MAY16 |
| | Restoration/Service/Remodel |
| Estimate: | 27873S543_DIMINI_IFS |

 **INSURED FINANCIAL SERVICES**

## Insured Financial Services LLC

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

Attention State Farm Insurnace Company Claims Department,

This letter will serve to advise you that claim number 27-S-873S-543 has been assigned to Insured Financial Services LLC ("IFS") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below.  To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1.  **Is this an RCV or ACV Policy?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2.  **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3.  **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4.  **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5.  **Can we request an extension to make the necessary repairs if needed?**  If so, what is the process to request an extension and filing deadlines?  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6.  **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7.  **If so, what are the limits of insurance for Ordinance and Law endorsements?**  *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8.  **Are there any prior claims that affect this loss in any way? If so, in what way?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9.  **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

27873S543_DIMINI_IFS                                        12/8/2017        Page: 2

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

We hereby direct the name Insured Financial Services LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss.  We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so.  Please direct all communications, along with all checks with respect to this claim, to Insured Financial Services LLC at the address below.

Insured Financial Services LLC
663 North 132nd Street, Suite 158
Omaha, NE 68154
(844)736-3374

We look forward to your reply and to working with you on this matter.

Sincerely,


Insured Financial Services LLC

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

| | | | |
|---|---|---|---|
| Insured: | Nick & Kelsi Bratt | Cellular: | (402) 202-7394 |
| Property: | 4602 N 170th Street | E-mail: | kelsi.bratt@bankofthewest.com |
| | Omaha, NE 68116 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Eric Manning | Business: | (866) 787-8676 x 6293 |
| Position: | Independent Adjuster | | |
| Company: | State Farm Insurance | | |

| | | | |
|---|---|---|---|
| Estimator: | Insured Financial Services | Business: | (402) 682-8755 |
| Business: | 663 North 132nd St., Suite 158 | | |
| | Omaha, NE 68154 | | |

| | | | |
|---|---|---|---|
| Reference: | | Business: | (866) 787-8676 |
| Company: | State Farm Insurance | | |
| Business: | P,O. Box 106169 | | |
| | Atlanta, GA 30348-6169 | | |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (844) 736-3374 |
| Company: | Disaster Response Group | E-mail: | network@senddrg.com |
| Business: | 10547 Bondesson Circle | | |
| | Omaha, NE 68122 | | |

**Claim Number:** 27875B252          **Policy Number:** 27-CY-7038-7          **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 5/17/2016 | | |
| Date of Loss: | 5/11/2016 | Date Received: | 5/17/2016 |
| Date Inspected: | 5/17/2016 | Date Entered: | 5/18/2016 1:56 PM |

| | |
|---|---|
| Price List: | NEOM8X_JUN16 |
| | Restoration/Service/Remodel |
| Estimate: | 27875B252_BRATT-IFS |

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

Attention State Farm Claims Department,

This letter will serve to advise you that claim number 27875B252 has been assigned to Insured Financial Services LLC ("IFS") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below.  To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1.  **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2.  **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3.  **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4.  **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5.  **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6.  **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7.  **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8.  **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9.  **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

We hereby direct the name Insured Financial Services LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to Insured Financial Services LLC at the address below.

Insured Financial Services LLC
663 North 132nd Street, Suite 158
Omaha, NE 68154
(844)736-3374

We look forward to your reply and to working with you on this matter.

Sincerely,


Insured Financial Services LLC

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

| | | | |
|---|---|---|---|
| Insured: | Leland Terry | Home: | (402) 689-1200 |
| Property: | 9706 Hartman Ave | E-mail: | leeterry@centurylink.net |
| | Omaha, NE 68134 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Jason Jang | Business: | (866) 787-8676 x 6299 |
| Company: | State Farm Insurance | | |

| | | | |
|---|---|---|---|
| Estimator: | Insured Financial Services | Business: | (402) 682-8755 |
| Business: | 663 North 132nd St., Suite 158 | | |
| | Omaha, NE 68154 | | |

| | | | |
|---|---|---|---|
| Reference: | | Business: | (866) 787-8676 |
| Company: | State Farm Insurance | | |
| Business: | P,O. Box 106169 | | |
| | Atlanta, GA 30348-6169 | | |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (844) 736-3374 |
| Company: | Disaster Response Group | E-mail: | network@senddrg.com |
| Business: | 10547 Bondesson Circle | | |
| | Omaha, NE 68122 | | |

**Claim Number:** 27876B457        **Policy Number:** 277242035        **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 5/14/2016 | | |
| Date of Loss: | 5/11/2016 | Date Received: | 5/14/2016 |
| Date Inspected: | 5/14/2016 | Date Entered: | 5/18/2016 |
| Date Est. Completed: | 11/2/2017 9:13 AM | | |

| | |
|---|---|
| Price List: | NEOM8X_JUN16 |
| | Restoration/Service/Remodel |
| Estimate: | 27876B457_TERRY-IFS |

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

Attention State Farm Claims Department,

This letter will serve to advise you that claim number 27876B457 has been assigned to Insured Financial Services LLC ("IFS") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below.  To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1.  **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2.  **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3.  **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4.  **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5.  **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6.  **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7.  **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8.  **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9.  **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

We hereby direct the name Insured Financial Services LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to Insured Financial Services LLC at the address below.

Insured Financial Services LLC
663 North 132nd Street, Suite 158
Omaha, NE 68154
(844)736-3374

We look forward to your reply and to working with you on this matter.

Sincerely,


Insured Financial Services LLC


27876B457_TERRY-IFS                                        11/27/2017        Page: 3

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

| | | | |
|---|---|---|---|
| Insured: | Mike & Chris Nelson | Home: | (402) 980-0938 |
| Property: | 18959 Spaulding Cir | E-mail: | mike.nelson@conagrafoods.com |
| | Elkhorn, NE 68022 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Jacquelyn Polk | Business: | (844) 529-5982 |
| Company: | State Farm Insurance | | |

| | | | |
|---|---|---|---|
| Estimator: | Insured Financial Services | Business: | (402) 682-8755 |
| Business: | 663 North 132nd St., Suite 158 | | |
| | Omaha, NE 68154 | | |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (844) 736-3374 |
| Company: | Disaster Response Group | E-mail: | network@senddrg.com |
| Business: | 10547 Bondesson Circle | | |
| | Omaha, NE 68122 | | |

**Claim Number:** 278N94414          **Policy Number:** 27-BQ-B179-9          **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 5/31/2016 | | |
| Date of Loss: | 5/11/2016 | Date Received: | 5/31/2016 |
| Date Inspected: | 6/6/2016 | Date Entered: | 5/31/2016 |
| Date Est. Completed: | 10/17/2017 12:49 PM | | |

| | |
|---|---|
| Price List: | NEOM8X_MAY16 |
| | Restoration/Service/Remodel |
| Estimate: | 278N94414_NELSON-IFS |

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

Attention State Farm Insurnace Company Claims Department,

This letter will serve to advise you that claim number 278N94414 has been assigned to Insured Financial Services LLC ("IFS") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below.  To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1.  **Is this an RCV or ACV Policy?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2.  **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3.  **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4.  **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5.  **Can we request an extension to make the necessary repairs if needed?**  If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6.  **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7.  **If so, what are the limits of insurance for Ordinance and Law endorsements?**  *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8.  **Are there any prior claims that affect this loss in any way? If so, in what way?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9.  **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?**  *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

We hereby direct the name Insured Financial Services LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to Insured Financial Services LLC at the address below.

Insured Financial Services LLC
663 North 132nd Street, Suite 158
Omaha, NE 68154
(844)736-3374

We look forward to your reply and to working with you on this matter.

Sincerely,


Insured Financial Services LLC

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

| | | | |
|---|---|---|---|
| Insured: | Sarah Goodwin | | |
| Property: | 11412 Ramble Ridge Rd | | |
| | Omaha, NE 68164 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Jon P Whitton | Business: | (866) 787-8676 x 6322 |
| Company: | State Farm Insurance | | |

| | | | |
|---|---|---|---|
| Estimator: | Insured Financial Services | Business: | (402) 682-8755 |
| Business: | 663 North 132nd St., Suite 158 | | |
| | Omaha, NE 68154 | | |

| | | | |
|---|---|---|---|
| Reference: | | Business: | (866) 787-8676 |
| Company: | State Farm Insurance | | |
| Business: | P,O. Box 106169 | | |
| | Atlanta, GA 30348-6169 | | |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (844) 736-3374 |
| Company: | Disaster Response Group | E-mail: | network@senddrg.com |
| Business: | 10547 Bondesson Circle | | |
| | Omaha, NE 68122 | | |

**Claim Number:** 278T36892          **Policy Number:** 27-BR-D189-4          **Type of Loss:** Wind and/or Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/7/2016 | | |
| Date of Loss: | 5/7/2016 | Date Received: | 7/7/2016 |
| Date Inspected: | 7/12/2016 | Date Entered: | 9/2/2016 |
| Date Est. Completed: | 1/17/2017 6:59 AM | | |

| | |
|---|---|
| Price List: | NEOM8X_JUL16 |
| | Restoration/Service/Remodel |
| Estimate: | 278T36892_GOODWIN-IF |

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

Attention State Farm Insurnace Company Claims Department,

This letter will serve to advise you that claim number 278T36892 has been assigned to Insured Financial Services LLC ("IFS") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

278T36892_GOODWIN-IF                                                12/6/2017        Page: 2

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

We hereby direct the name Insured Financial Services LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to Insured Financial Services LLC at the address below.

Insured Financial Services LLC
663 North 132nd Street, Suite 158
Omaha, NE 68154
(844)736-3374

We look forward to your reply and to working with you on this matter.

Sincerely,


Insured Financial Services LLC

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

| | | | |
|---|---|---|---|
| Insured: | James and Shannon Dombrowski | Home: | (402) 493-2008 |
| Property: | 3221 N 162nd Ave Cir | E-mail: | dombrowskijb@yahoo.com |
| | Omaha, NE 68116 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Eric Manning | Business: | (866) 787-8676 x 6293 |
| Position: | Independent Adjuster | | |
| Company: | State Farm Insurance | | |

| | | | |
|---|---|---|---|
| Estimator: | Insured Financial Services | Business: | (402) 682-8755 |
| Business: | 663 North 132nd St., Suite 158 | | |
| | Omaha, NE 68154 | | |

| | | | |
|---|---|---|---|
| Reference: | | Business: | (866) 787-8676 |
| Company: | State Farm Insurance | | |
| Business: | P,O. Box 106169 | | |
| | Atlanta, GA 30348-6169 | | |

| | | | |
|---|---|---|---|
| Contractor: | | Business: | (844) 736-3374 |
| Company: | Disaster Response Group | E-mail: | network@senddrg.com |
| Business: | 10547 Bondesson Circle | | |
| | Omaha, NE 68122 | | |

**Claim Number:** 27939R321        **Policy Number:** 27-BD-X838-4        **Type of Loss:** Wind and/or Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 8/9/2016 | | |
| Date of Loss: | 5/11/2016 | Date Received: | 8/9/2016 |
| Date Inspected: | 8/11/2016 | Date Entered: | 8/9/2016 |
| Date Est. Completed: | 10/5/2017 10:47 AM | | |

| | |
|---|---|
| Price List: | NEOM8X_JUL16 |
| | Restoration/Service/Remodel |
| Estimate: | 27939R321-DOMBRO-IFS |

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

Attention State Farm Claims Department,

This letter will serve to advise you that claim number 27939R321 has been assigned to Insured Financial Services LLC ("IFS") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

 **Insured Financial Services LLC**

Insured Financial Servicess, LLC.
663 North 132nd Street, Ste. 158
Omaha, NE 68154
402-682-8755

We hereby direct the name Insured Financial Services LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to Insured Financial Services LLC at the address below.

Insured Financial Services LLC
663 North 132nd Street, Suite 158
Omaha, NE 68154
(844)736-3374

We look forward to your reply and to working with you on this matter.

Sincerely,


Insured Financial Services LLC

27939R321-DOMBRO-IFS                                          11/28/2017        Page: 3

## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

INSURED FINANCIAL SERVICES )     CASE NO: CI 17-_____

Assignee, )

Plaintiff, )

vs. )     PRAECIPE FOR SUMMONS

STATE FARM INSURANCE COMPANY. )

Defendant. )

TO THE CLERK OF SAID COURT:

Please issue summons for service of the Complaint upon Defendant, by serving Defendant by certified mail, return receipt requested:

CSC- Lawyers Incorporating Service Company
233 SOUTH 13TH STREET, SUITE 1900
LINCOLN ,NE 68508

Dated this _20_ day of December, 2017.

INUSRED FINANCIAL SERVICES, LLC
Plaintiff,

By: _____
Michael J. Leahy, #20740
Carrie K. Gaines, #2720
663 N. 132nd St. Suite 158
Omaha, NE 68154
*Attorneys for Plaintiff*