IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INSURED FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY,<br><br>Defendant. | 8:18CV93<br><br>ORDER |

The Court's records show the Office of the Clerk of Court sent a letter on February 24, 2018, ([Filing No. 4](#)), to Michael Leahy by electronic filing. The letter directed the attorney to pay the 2017/2018 biennial attorney assessment fee, as required by NEGenR [1.7](#)(h), within fifteen days of the date of the letter. As of the close of business on April 18, 2019, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. Accordingly,

**IT IS ORDERED:** On or before **May 4, 2018**, attorney Michael Leahy shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing Michael Leahy as counsel of record for the Plaintiff.

Dated this 19th day of April, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge