IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INSURED FINANCIAL SERVICES,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY,<br><br>                Defendant. | **8:18CV93**<br><br>ORDER |

Michael Leahy is listed as counsel of record for the Plaintiffs. The court records show the Office of the Clerk of Court sent a notice on February 24, 2018, (Filing No. 4) to Michael Leahy by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on April 18, 2018, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. On April 19, 2018, the court directed the attorney to pay the assessment or show cause why he could not comply with the rules of the court by May 4, 2018. Michael Leahy did not respond to the court's order. Accordingly,

**IT IS ORDERED:** Michael Leahy is stricken as an attorney of record for the Plaintiffs. Said attorney may apply to be readmitted as an attorney of record only after paying the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h).

Dated this 8th day of May, 2018.

                                                    BY THE COURT:

                                                  s/ Michael D. Nelson
                                                  United States Magistrate Judge