# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **INSURED FINANCIAL SERVICES, a Nebraska Limited Liability company, Assignee,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>　　　　**Defendant.** | 8:18CV93<br><br>**ORDER** |

　　　　The Court held a telephone conference with counsel on September 16, 2019, to discuss a discovery dispute raised by Defendant. Specifically, Defendant asserts that Plaintiff produced internal spreadsheets indicating that invoices for subcontractors and materials had been paid, but that Plaintiff did not produce all of the actual invoices. Defendant states it needs these documents so its expert can complete his analysis and report. In consideration of Defendant's arguments and the Court's discussion with counsel,

　　　　**IT IS ORDERED:** On or before **September 30, 2019,** Plaintiff shall provide Defendant with all invoices referenced in the internal spreadsheets previously produced by Plaintiff.

　　　　Dated this 16th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge