# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INSURED FINANCIAL SERVICES, a Nebraska Limited Liability company, Assignee,<br><br>**Plaintiff,**<br><br>vs.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>**Defendant.** | 8:18CV93<br><br>ORDER |

This matter comes before the Court on Defendant's motion to compel (Filing No. 74). Defendant represents that Plaintiff did not comply with the Court's Order dated September 16, 2019, (Filing No. 72), which directed the Plaintiff to provide Defendant with certain invoices by September 30, 2019. Defendant filed the instant motion on October 3, 2019, after Plaintiff failed to do so and failed to communicate with Defendant regarding the production. Plaintiff did not respond to this motion. Upon consideration,

**IT IS ORDERED:** Defendant's motion to compel (Filing No. 74) is granted. Plaintiff shall comply with the Court's previous Order (Filing No. 72) on or before **October 25, 2019**. Failure to do so may result in appropriate sanctions pursuant to a proper motion by Defendant.

Dated this 18th day of October, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge