# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INSURED FINANCIAL SERVICES, a Nebraska Limited Liability company, Assignee,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:18CV93<br><br>ORDER |

Defendant filed an Application for Attorney's Fees and Costs (Filing No. 80) accompanied by an Affidavit (Filing No. 80-1) pursuant to the Court's previous Order (Filing No. 77). Upon review, the Court finds that the amount of $2,511.50 is a reasonable amount for fees and expenses incurred in filing the motion to compel. Accordingly,

**IT IS ORDERED:** State Farm Fire and Casualty Company's Application for Attorney's Fees and Costs (Filing No. 80) is granted. Plaintiff shall submit payment to State Farm Fire and Casualty Company in the amount of $2,511.50 via check payable to the order of State Farm Fire and Casualty Company and delivered to counsel for State Farm on or before December 20, 2019.

Dated this 3rd day of December, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge